813 A.2d 543

IN THE MATTER OF JAY J. CHATARPAUL,
AN ATTORNEY AT LAW.

January 16, 2003.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–105, concluding that by way of reciprocal discipline, **JAY J. CHATARPAUL** of **WOODHAVEN, NEW YORK,** who was admitted to the bar of this State in 1996, should be reprimanded for engaging in conduct that in New Jersey would violate *RPC* 1.6(a) (failure to maintain confidences of a client), *RPC* 5.3(a) (failure to adequately supervise a non-lawyer), *RPC* 5.3(c)(2) (failure to take remedial action in respect of misconduct by non-lawyer), *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having found compelling mitigating circumstances in the record and having determined pursuant to *Rule* 1:20–14(a)(E) that respondent's misconduct warrants discipline substantially different from the term of suspension imposed in New York;

And **JAY J. CHATARPAUL** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JAY.J. CHATARPAUL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.